**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA STEPHENS, AND TIMOTHY YOUNG, AS INDIVIDUALS AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>LENNAR CORPORATION; LENNAR HOMES OF CALIFORNIA, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 09-01668 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 31, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge